FEE DUE

United States District Court

For The Central District of California

Joesph Lee Haddick,　　　　　　　　　　　In Re Case No. 17 CR- 00513-TS
Petitioner,

　　　　　　　　　　　　　　　　　　　　Motion For Application of

v.　　　　　　　　　　　　　　　　　　　Credit Recieved At Senetncing

FCI #1 Warden (Victorville)　　　　　　Pursuant to § 2241



5:24-CV-00744-WLH-ADS

　　Acting here in pro se is the defendant now requesting that this court provide the creidts that was applied on the date of sentencing. While at the time in the defendants sentence in federal custody, he is making an attempt to qualify for the few programs that will allow him to become a productive memeber of society upon his release. Currently the records in the B.O.P. are not reflecting the time served since the defendants' arrest, on August 18, 2017, this issue is causing prejudice.

　　On June 4th 2018 the defendant was picked up by the California Department of Corrections and stayed there until his return to federal custody on February 15th 2022 where he has remained since till this day. The defendant believes that a total of 33 months should have resulted in the time spent in federal custody and those are days of credit being sought to be shown for verification. The total months of 46 was the amount of time that the court sentenced the defendant to so a showing of time in federal custody from 08-18-2017 through 06-04-2018 is being sought to be applied.

　　The relief being sought is in order to prevent a unnecessary prejudice of having to do more time than the court intended in it's sentence passed down and to allow for the defendant to be eligible for programming options now being denied. See §18 U.S.C. § 3584 which permits defendant the rights to his time served.

Dated: April 1, 2024

　　　　　　　　　　　　　　　1 of 1　　　_____
　　　　　　　　　　　　　　　　　　　　　Joesph Lee Haddick

Joseph L. Haddick #25500-081
Victorville FCI-1
P.O. Box: 3725
Adelanto, CA 92301

BOISE ID RPDC 837
4 APR 2024 PM 2 L

Office of the Clerk
U.S. District Ct. Central Division
255 East Temple St.
Los Angeles, CA 90012

CLERK U.S. DISTRICT COURT
APR - 8 2024
CENTRAL DISTRICT OF CALIFORNIA

90012-334675